

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:        In re DCP Midstream, LP

Appellate case number:    01-13-00122-CV

Trial court case number:  2010-39744

Trial court:                      234th District Court of Harris County

On February 11, 2013, relator DCP Midstream, LP filed a petition for writ of mandamus and a motion for temporary relief. Relator's emergency motion is granted as follows: the production of all items requested through the discovery process, unless otherwise agreed by the parties, is stayed. All other requested temporary relief is denied.

The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

The Court further requests a response from the real party in interest. The response, if any, is due no later than **5:00 p.m. on Monday, March 11, 2013.** With respect to the deadline for filing the response, the Court suspends the application in this case of the mailbox rule, TEX. R. APP. P. 9.2. *See* TEX. R. APP. P. 2.

It is so ORDERED

Judge's signature: /s/ Laura C. Higley

☑ Acting individually        ☐ Acting for the Court

Date: February 21, 2013